UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CL

| | |
|---|---|
| SANDRA VILLAREAL, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRUDENTIAL FINANCIAL, INC. d/b/a THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | No. 2:24-CV-07683 |

### CLASS ACTION NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through her undersigned counsel, hereby gives notice that the above captioned action is voluntarily dismissed.

Dated: August 5, 2024

**SO ORDERED.**
s/ Stanley R. Chesler
8-6-2024

/s/ Christopher L. Ayers
**SEEGER WEISS LLP**
Christopher A. Seeger
Christopher L. Ayers
Hillary Fidler
55 Challenger Road, 6th Floor
Ridgefield Park, New Jersey, 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com
cayers@seegerweiss.com
hfidler@seegerweiss.com

Lynn A. Toops
Amina A. Toops
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 636-6481
ltoops@cohenandmalad.com

*Attorneys for Plaintiff & Proposed Class*